AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Community Housing Improvement Program of New York Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by New York City Council Members Maria del Carmen Arroyo et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.